NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CALYPSO WIRELESS, INC. AND DRAGO DAIC,**
*Plaintiffs/Counterclaim Defendants-Appellants,*

AND

**JIMMY WILLIAMSON, P.C.,**
*Counterclaim Defendant-Appellant,*

v.

**T-MOBILE USA, INC.,**
*Defendant/Counterclaimant-Appellee.*

———————————

2013-1343

———————————

Appeal from the United States District Court for the Eastern District of Texas in No. 08-CV-0441, Judge J. Rodney Gilstrap.

———————————

**JUDGMENT**

———————————

MATTHEW CLAYTON JUREN, Matthews Lawson, PLLC, of Houston, Texas, argued for plaintiffs/counterclaim defendants-appellants and Counterclaim defendant-appellant. On the brief was Guy E. Matthews. Of counsel were HOLLY H. BARNES and CARROLL VERNON LAWSON.

JOSH A. KREVITT, Gibson, Dunn & Crutcher LLP, of New York, New York, argued for defendant/counterclaimant-appellee. With him on the brief were ANNE MARIE CHAMPION, of New York, New York, ALISON R. WATKINS and RYAN IWAHASHI, of Palo Alto, California, and ALEXANDER N. HARRIS, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 February 5, 2014                      /s/  Daniel  E.  O'Toole
           Date                              Daniel E. O'Toole
                                             Clerk of Court